UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-07086-SSS-SK | Date | November 25, 2026 |
| Title | *Jose Daniel Perez Sanchez v. James Janecka et al* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER [DKT NO. 3]**

Before the Court is Petitioner Jose Daniel Perez Sanchez's ("Petitioner") *ex parte* Application for a Temporary Restraining Order. [Dkt. No. 3, "Application"]. For reasons set forth below, Petitioner's Application is **GRANTED**.[1]

On November 24, 2026, the Court ordered Respondents to file a response to Petitioner's Application no later than November 25, 2026, at 12:00 p.m. [Dkt. No. 7]. Respondents have not filed a response and the deadline to do so has passed. Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of

[1] Petitioner also requests an order to show cause regarding a preliminary injunction but offers no supporting argument. [*See* Dkt. No. 3]. Given that Petitioner appears to seek the same relief granted here, the Court **DENIES** the request as **MOOT**.

the motion." L.R. 7-12. The Court thus **GRANTS** Petitioner's Application on this basis.

Accordingly, the Court **ORDERS** Respondents to release Petitioner from immigration detention forthwith, and shall not impose any release restrictions on Petitioner, such as electronic monitoring, unless deemed necessary at a future pre-deprivation bond hearing.

Respondents are further **ENJOINED AND RESTRAINED** from again detaining Petitioner without notice and a pre-detention hearing where the government bears the burden of proving, by clear and convincing evidence, that the circumstances have changed as to his danger to the community or a flight risk, and that no conditions other than his detention would be sufficient to prevent those harms. *Pinchi v. Noem*, No. 5:25-CV-05632-PCP, 2025 WL 2084921, at *7 (N.D. Cal. July 24, 2025).

Respondents are **ORDERED** to file a status report certifying compliance with the above order of release within three (3) days from the date of this Order. The Court directs the parties to present all subsequent matters in this case to the Magistrate Judge.

**IT IS SO ORDERED.**